THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER MEYER, Appellant.

Submitted January 15, 1937; decided March 9, 1937.

*Leo J. Kennedy* and *Carlton A. Fisher* for appellant.
*Walter C. Newcomb, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part, FINCH, J.